COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Chris Wilmot v. Harry A. Bouknight, Junior

Appellate case number:    01-13-00738-CV

Trial court case number:  2010-00373

Trial court:              295th District Court of Fort Bend County

On March 3, 2014, appellant, Chris Wilmot, filed a motion for review of the trial court's February 17, 2014 order finding appellant's net worth to be $1,073,537.00 for purposes of determining a supersedeas bond and concluding that the $10.00 bond filed by appellant is not effective to supersede the judgment. *See* TEX. R. APP. P. 24.4(a). Appellant also filed an emergency motion to stay requesting the Court (1) stay enforcement of the trial court's February 17, 2014 order and (2) stay execution or enforcement of the trial court's Amended Final Judgment. *See* TEX. R. APP. P. 24.4(c).

We grant appellant's emergency motion to stay and stay the trial court's February 17, 2014 order and all proceedings in the trial court, including execution or enforcement of the trial court's Amended Final Judgment. *See* TEX. R. APP. P. 24.4(c).

The Court requests a response to appellant's motion for review by appellee, Harry A. Bouknight, Junior. Any response by appellee is due no later than March 21, 2014.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                     ☑ Acting individually      ☐ Acting for the Court

Date: March 6, 2014